**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUL 20 2015

CLERK_____
SO. DIST. OF GA

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
                                         )
        Plaintiff, )
                                         )
                                         )
v.                                       )        CASE NO. CV415-014
                                         )
COASTAL MOTOR SALES, INC., a )
Delaware Corporation, d/b/a )
Savannah Toyota, )
                                         )
        Defendant. )
_____ )

## O R D E R

Before the Court is the parties' Joint Motion to Approve Consent Decree. (Doc. 14.) After careful consideration and while noting the agreement of all parties, the order is **APPROVED** and **ADOPTED** as the order of this Court. The Clerk of Court is **DIRECTED** to enter final judgment in accordance with the terms of the parties' proposed Consent Decree (Doc. 14, Attach. 1) and close this case.

SO ORDERED this 20th day of July 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA