# United States District Court
## *Southern District of Georgia*

Equal Employment Opportunity Commission

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-10

Coastal Motor Sales, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the terms as outlined in the Proposed Consent Decree adopted on July 20, 2015 by Order of this Court, judgment is hereby entered and this case is closed.

July 20, 2015
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk